In the Matter of MAURICE CALMAN et al., Respondents, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York et al., Respondents, and EUGENE P. CONNOLLY, as Chairman of the New York County Committee of the American Labor Party, Appellant.

Argued September 11, 1941; decided September 11, 1941.

*Samuel M. Blinken* for Eugene P. Connolly, as chairman of the New York County Committee of the American Labor Party appellant.

*Copal Mintz* and *Harold Baer* for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.